UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DR. MARCO BITETTO,

                          Plaintiff,

   -v-                                    1:18-CV-968
                                         (DNH/DJS)

MR. GLENN T. SADDABY,[1]

                          Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:

MARCO BITETTO
Plaintiff pro se
4 Fourth Avenue
Rensselaer, NY 12144

DAVID N. HURD
United States District Judge

## DECISION and ORDER

       Pro se plaintiff Dr. Marco Bitetto brought this civil action on August 13, 2018. On August 17, 2018, the Honorable Daniel J. Stewart, United States Magistrate Judge, advised by Report-Recommendation that plaintiff's complaint be dismissed with prejudice. Plaintiff timely filed objections to the Report-Recommendation.

       Based upon a de novo review of the portions of the Report-Recommendation to which plaintiff objected, the Report-Recommendation is accepted in whole. See 28 U.S.C. § 636(b)(1).

       Therefore, it is

---

[1] This is the spelling used in the Complaint. The court understands this claim to be against Chief Judge Glenn T. Suddaby.

ORDERED that

1. Plaintiff's complaint is DISMISSED WITH PREJUDICE; and

2. The Clerk is directed to enter judgment accordingly and close the file.

IT IS SO ORDERED.

_____
United States District Judge

Dated: February 4, 2019
       Utica, New York.